STATE OF INDIANA            )        IN THE MARION COUNTY SUPERIOR COURT
                           )
COUNTY OF MARION            )        CAUSE NO.

THE ESTATE OF ELEANOR NORTHINGTON,              )
                    Plaintiff,                  )
        Vs.                                     )
                                                )
THE CITY OF INDIANAPOLIS and                    )
INDIANAPOLIS METROPOLITAN POLICE                )
DEPARTMENT and JOHN DOE, POLICE OFFICERS,       )
1-50 in Their Individual and Official Capacities )
and MT. CALVARY APOSTOLIC CHURCH, Inc.,         )
                    Defendants.                 )

## APPEARANCE

**Party Classification:**  Initiating  X   Responding  __  Intervening  ____

1. The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s): The Estate of Eleanor Northington

2. Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:
   Name : Larry Pleasants          Atty Number  ID# 10661-49
   Address:  7508 Madison Ave.     Phone: (317) 881-8900
      Indianapolis, IN 46227   FAX:(317) 881-7544  Email: larry@larrypleasants.com

3. There are other party members: Yes__ No x

4. If first initiating party filing this case, the Clerk is requested to assign this case the following Case Type under Administrative Rule 8(b)(3):  CT

5. I will accept service by FAX at the above noted number.  Yes__  No X

6. This case involves support issues.  Yes__ No X

7. There are related cases: Yes__ No x  (If yes, list on continuation page).

8. This form has been served on all other parties.  Certificate of service is attached.  Yes x

9. Additional information required by local rule

_____
LARRY PLEASANTS, Attorney for Plaintiff,
THE ESTATE OF ELEANOR NORTHINGTON

<u>Certificate of Service</u>

This is to certify that a copy of this document has been served on the Defendants, The

City of Indianapolis and Indianapolis Metropolitan Police Department, and John Doe, Police

Officers, 1-50 in Their Individual Capacities and Mt. Calvary Apostolic Church, Inc. by United

States, first class,  pre-paid postage this $2-6$ day of January, 2021.


Larry Pleasants, Attorney at Law


Larry Pleasants
Attorney at Law
7508 Madison Ave.
Indianapolis, IN 46227
PH: (317) 881-8900

STATE OF INDIANA      )     IN THE MARION COUNTY SUPERIOR COURT

                         )

COUNTY OF MARION     )     CAUSE NO.

THE ESTATE OF ELEANOR NORTHINGTON     )

                Plaintiff,     )

          Vs.     )

THE CITY OF INDIANAPOLIS and     )
INDIANAPOLIS METROPOLITAN     )
POLICE DEPARTMENT and JOHN DOE, POLICE  )
OFFICERS, 1-50 In Their Individual     )
and Official Capacities and     )
MT. CALVARY APOSTOLIC CHURCH, INC.,     )

           Defendants.     )

<u>COMPLAINT</u>

      Comes now the Plaintiff, The Estate of Eleanor Northington, and brings the following

causes of actions against all named Defendants and individual IMPD officers whose identities

will be determined through discovery.

Parties to Complaint:

1. The Plaintiff, The Estate of Eleanor Northington, whose Administrator is, D'ASIA

   MONTGOMERY, can be served through counsel whose contact information is

   below.

2. The City of Indianapolis;

3. John Doe Officers;

4. Mt. Calvary Apostolic Church, Inc. is a Christian Church located in Indianapolis,

   Indiana.   Mt. Calvary can be served at 6635 E. 42nd Street Indianapolis, Indiana 46226;

## **FACTS**

1. On February 7, 2019 Ms. Eleanor Northington, was attending a church service with her daughters, son, and son in law at Mt. Calvary Apostolic Church;

2. Ms. Northington's youngest daughter is under the age of majority;

3. Ms. Northington's son is under the age of majority;

4. Ms. Eleanor Northington had long suffered from mental illness;

5. Ms. Eleanor Northington was massively obese

6. At some point during the service, Ms. Northington suffered a psychotic episode;

7. Ms. Northington began to act belligerently towards members of the choir and towards the Church Pastor;

8. Ms. Northington left the sanctuary area of Mt. Calvary and removed her clothes;

9. At some point, Ms. Northington appeared in the sanctuary area in a state of undress;

10. Ms. Northington put her clothes back on but continued to act belligerently, swearing at and spitting on congregants and church staff.

11. At some point, Ms. Northington was restrained by members of the church;

12. One congregant called the police;

13. At some point, a cloth was placed over Ms. Northington's mouth apparently to keep her spit from landing on bystanders;

14. When IMPD arrived, John Doe Officer #1 restrained Ms. Northington in handcuffs.

15. Ms. Northington was handcuffed behind her back;

16. An unknown IMPD officer wrestled Ms. Northington to the ground on her stomach.

17. Upon information and belief, an IMPD officer "placed a knee" on Ms. Northington's back while she was handcuffed face-down;

- 2 -

18. The floor of Mt. Calvary Church is covered in shag carpeting;

19. Ms. Northington audibly told officers she could not breathe;

20. IMPD officers ignored Ms. Northington's cry about not being able to breathe;

21. Ms. Northington was unable to breathe and suffocated to death in the old shag carpeting;

22. IMPD's use of excessive force, principally handcuffs, wrestling Ms. Northington to the ground on her stomach, "placing a knee in her back", caused Ms. Northington's death;

23. Ms. Northington's minor son witnessed his Mother's tramatic death;

## COUNT 1 FOURTH AMENDMENT CLAIM

### (v IMPD, CITY OF INDIANAPOLIS, JOHN DOES)

24. The foregoing paragraphs are incorporated by reference as though fully reinstated herein;

25. In violation of Ms. Northington's fourth and Fourteenth Amendment Rights, the Defendants' used excessive force to restrain and subdue Ms. Northington;

26. That excessive force caused Ms. Northington to suffocate to death;

27. Defendants should have known that handcuffing a massively obese women, face down in shag carpet, would likely cause serious injury or death;

28. As a direct, legal, and proximate result of Defendants' gross negligence or deliberate indifference, or reckless disregard for an obvious risk; Ms. Northington was killed causing economic and emotional losses to her estate and minor children.

- 3 -

## COUNT 2 BATTERY

(all Defendants)

29. The foregoing paragraphs are incorporated by reference as though fully reinstated herein.

30. Defendants touched Ms. Northington in a rude, angry, or insolent manner.

31. Whether by placing a cloth over Ms. Northington's face;

32. Or by handcuffing her;

33. Or be wrestling her to the ground;

34. Or by "placing a knee in her back";

35. Or by burying her face in deep shag carpet;

36. Or by methods to be determined in discovery;

37. These contacts constituted separate instances of the tort of battery;

38. Collectively these batteries led to Ms. Northington's death;

39. As a direct, legal, and proximate result of Defendants' excessive force, gross negligence, deliberate indifference, or reckless disregard for an obvious risk, Ms. Northington was killed causing economic and emotional losses to her estate and minor children;

40. As a direct, legal and proximate result of Defendants' batteries, Plaintiff, Ms. Northington was killed, causing economic and emotional losses to her estate and minor children;

## COUNT 3 NEGLIGENCE

(Mt. Calvary Church)

(All Defendants)

41. The foregoing paragraphs are incorporated by reference as though fully reinstated herein;

42. Mt. Calvary owes a duty to its congregants to keep its parishioners safe;

43. Mt. Calvary breached that duty when one of its Pastors placed a cloth over Ms. Northington's mouth impeding her airways;

44. Mt. Calvary's negligence contributed to the death of Ms. Northington;

45. As a direct, legal, and proximate result of Defendants' batteries, Plaintiff, Ms. Northington was killed causing economic and emotional losses to her estate and minor children;

LARRY PLEASANTS, Attorney for Plaintiff
THE ESTATE OF ELEANOR NORTHINGTON


## REQUEST FOR TRIAL BY JURY

Comes now the Plaintiff, through the Plaintiff's Attorney, LARRY PLEASANTS, and requests that this cause be set for trial by jury.

LARRY PLEASANTS, Attorney for Plaintiff

Larry Pleasants
Attorney at Law
7508 Madison Ave
Indpls, IN 46227
PH: 317-881-8900
ID#10661-49
larry@larrypleasants.com

- 5 -

# S U M M O N S

### In the Marion County Superior Court

<u>THE ESTATE OF ELEANOR NORTHINGTON</u>
         Plaintiff,

- vs -
                                         Cause No._____

<u>THE CITY OF INDIANAPOLIS  and  INDIANAPOLIS          </u>
<u>METROPOLITAN POLICE DEPARTMENT and JOHN DOE, POLICE</u>
<u>OFFICERS, 1-50 In Their Individual and Official Capacities and</u>
<u>Mt. Calvary Apostolic Church, Inc.                        </u>
         Defendants.

TO DEFENDANT: (Name)<u>   The City of Indianapolis, c/o Office of Corporation Counsel   </u>
        (Address)<u>       200 E. Washington St., Rm. 1601           </u>
                  <u>       Indianapolis, IN 46204                     </u>

     You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

     The nature of the suit against you is stated in the complaint which is attached to this Summons.  It also states the relief sought or the demand made against you by the plaintiff.

     An answer or other appropriate response in writing to the complaint must be filed either by your or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

     If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

     If you need the name of an attorney, you may contact the Indianapolis Bar Association Lawyer Referral Service (269-2222), or the Marion County Bar Association Lawyer Referral Service (634-3950).

Dated_____
            1/26/2021

                             _____Myla A. Eldridge___(Seal)
                                Clerk, Marion County Superior Court
**(The following manner of service of summons is hereby designated.)**

_____   Registered or certified mail.

_____   Service at place of employment, to-wit:

___X___   Service on individual (Personal or copy) at above address – By <u>Marion</u> County Sheriff

_____   Other service. (Specify) (On Agent as indicated above.)

<u>Larry Pleasants - ID#10661-49</u>
**Attorney for Plaintiff**
<u>7508 Madison Ave, Indpls., IN 46227</u>
Address
<u>(317) 881-8900</u>
Telephone

MARION COUNTY COURTS
SEAL
INDIANA

## *SHERIFF'S RETURN ON SERVICE OF SUMMONS*

I hereby certify that I have served this summons on the _____ day of _____, 20_____

(1) By delivering a copy of the Summons and a copy of the complaint to the defendant,_____ .

(2) By leaving a copy of the Summons and a copy of the complaint at _____

which is the dwelling place or usual place of abode of _____
and by mailing a copy of said summons to said defendant at the above address.

(3) Other Service or Remarks: _____

_____

| Sheriff's Costs | Sheriff |
|---|---|
| | By:_____ |
| | Deputy |

## *CLERK'S CERTIFICATE OF MAILING*

I hereby certify that on the_____ day of _____, 20_____, I mailed a copy of this Summons and a copy of the complaint to the defendant, _____, by _____ mail, requesting a return receipt, at the address furnished by the plaintiff.

_____
Clerk, Marion Superior Court

Dated: _____, 20_____      By: _____
                                                                                   Deputy

## *RETURN ON SERVICE OF SUMMONS BY MAIL*

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by the defendant on the _____ day of _____, 20_____.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned not accepted on the _____day of _____, 20_____.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by _____ on behalf of said defendant on the _____ day of _____, 20_____.

_____
Clerk, Marion Superior Court

By: _____
                                                                       Deputy

---

Telephone

317 - 881-8900

Address

7508 MADISON AVE., INDPLS., IN 46227

**Attorney for Plaintiff**

LARRY PLEASANTS

**SHERIFF'S COSTS**

SUPERIOR COURT ROOM NO. _____

**SUMMONS**

MT. CALVARY APOSTOLIC CHURCH, INC.

CITY OF INDPLS., IMPD, JOHN DOE, POLICE

Defendant

vs.

Plaintiff

ESTATE OF ELEANOR NORTHINGTON

Cause No. _____

Room No. _____

Case 1:21-cv-00406-TWP-TAB   Document 1-1   Filed 02/22/21   Page 10 of 31 PageID #: 16

49D02-2101-CT-002698
Marion Superior Court 2

Filed: 1/26/2021 12:39 PM
Clerk
Marion County, Indiana

# S U M M O N S

### In the Marion County Superior Court

THE ESTATE OF ELEANOR NORTHINGTON
         Plaintiff,

- vs -                          Cause No._____

THE CITY OF INDIANAPOLIS  and  INDIANAPOLIS_____
METROPOLITAN POLICE DEPARTENT and JOHN DOE, POLICE
OFFICERS, 1-50 In Their Individual and Official Capacities and
Mt. Calvary Apostolic Church, Inc._____
         Defendants.

TO DEFENDANT: (Name)____INDIANAPOLIS METROPOLITAN POLICE DEPT.
          (Address)  50 N. ALABAMA STREET_____
                    Indianapolis, IN 46204_____

You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the complaint which is attached to this Summons.  It also states the relief sought or the demand made against you by the plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by your or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

If you need the name of an attorney, you may contact the Indianapolis Bar Association Lawyer Referral Service (269-2222), or the Marion County Bar Association Lawyer Referral Service (634-3950).

Dated_____1/26/2021_____         _____1/26/2021_____(Seal)
                                     Clerk, Marion County Superior Court
**(The following manner of service of summons is hereby designated.)**

_____    Registered or certified mail.

_____    Service at place of employment, to-wit:

____X____    Service on individual (Personal or copy) at above address – By Marion County Sheriff

_____    Other service. (Specify) (On Agent as indicated above.)

Larry Pleasants - ID#10661-49
**Attorney for Plaintiff**
7508 Madison Ave, Indpls., IN 46227
Address
(317) 881-8900
Telephone

MARION COUNTY COURTS
SEAL
INDIANA

## *SHERIFF'S RETURN ON SERVICE OF SUMMONS*

I hereby certify that I have served this summons on the _____ day of _____, 20\_\_\_\_\_

(1) By delivering a copy of the Summons and a copy of the complaint to the defendant,_____.

(2) By leaving a copy of the Summons and a copy of the complaint at _____

which is the dwelling place or usual place of abode of _____
and by mailing a copy of said summons to said defendant at the above address.

(3) Other Service or Remarks: _____

_____

Sheriff's Costs

Sheriff

By:_____
      Deputy

## *CLERK'S CERTIFICATE OF MAILING*

I hereby certify that on the_____ day of _____, 20\_\_\_\_\_, I mailed a copy of this Summons and a copy of the
complaint to the defendant, _____, by _____ mail, requesting a return receipt,
at the address furnished by the plaintiff.

_____
Clerk, Marion Superior Court

Dated: _____, 20\_\_\_\_\_

By: _____
      Deputy

## *RETURN ON SERVICE OF SUMMONS BY MAIL*

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to
defendant _____ was accepted by the defendant on the _____ day of _____, 20\_\_\_\_\_.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned
not accepted on the _____day of _____, 20\_\_\_\_\_.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to
defendant _____ was accepted by _____ on behalf of said
defendant on the _____ day of _____, 20\_\_\_\_\_.

_____
Clerk, Marion Superior Court

By: _____
      Deputy

---

Telephone   317 - 881-8900   Address 7508 MADISON AVE., INDPLS., IN 46227   **Attorney for Plaintiff**   LARRY PLEASANTS

**SHERIFF'S COSTS**

SUPERIOR COURT ROOM NO. _____

## SUMMONS

MT. CALVARY APOSTOLIC CHURCH, INC.   CITY OF INDPLS., IMPD, JOHN DOE, POLICE   Defendant

vs.

Plaintiff

ESTATE OF ELEANOR NORTHINGTON

Cause No. _____   Room No. _____

Case 1:21-cv-00406-TWP-TAB    Document 1-1    Filed 02/22/21    Page 12 of 31 PageID #: 18

49D02-2101-CT-002698
Marion Superior Court 2

Filed: 1/26/2021 12:39 PM
Clerk
Marion County, Indiana

# S U M M O N S

### In the Marion County Superior Court

<u>THE ESTATE OF ELEANOR NORTHINGTON</u>
        Plaintiff,

- vs -                Cause No._____

<u>THE CITY OF INDIANAPOLIS  and  INDIANAPOLIS</u>
<u>METROPOLITAN POLICE DEPARTENT and JOHN DOE, POLICE</u>
<u>OFFICERS, 1-50 In Their Individual and Official Capacities and</u>
<u>Mt. Calvary Apostolic Church, Inc.</u>
        Defendants.

TO DEFENDANT: (Name)<u>   Mt. Calvary Apostolic Church, Inc.</u>
        (Address)<u>     c/o Reg. Agent:  Jesse L. Russell, Jr., 6635 E. 42nd St.</u>
              <u>Indianapolis, IN 46226</u>

     You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

     The nature of the suit against you is stated in the complaint which is attached to this Summons.  It also states the relief sought or the demand made against you by the plaintiff.

     An answer or other appropriate response in writing to the complaint must be filed either by your or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

     If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

     If you need the name of an attorney, you may contact the Indianapolis Bar Association Lawyer Referral Service (269-2222), or the Marion County Bar Association Lawyer Referral Service (634-3950).

Dated<u>   1/26/2021         </u>       *Myla A. Eldridge*  (Seal)
                   _____
                   Clerk, Marion County Superior Court
**(The following manner of service of summons is hereby designated.)**

_____   Registered or certified mail.

_____   Service at place of employment, to-wit:

___X___   Service on individual (Personal or copy) at above address – By <u>Marion</u> County Sheriff

_____   Other service. (Specify) (On Agent as indicated above.)

<u>Larry Pleasants - ID#10661-49</u>
**Attorney for Plaintiff**
<u>7508 Madison Ave, Indpls., IN 46227</u>
Address
<u>(317) 881-8900</u>
Telephone

MARION COUNTY COURTS

SEAL

INDIANA

## *SHERIFF'S RETURN ON SERVICE OF SUMMONS*

I hereby certify that I have served this summons on the _____ day of _____, 20_____

(1) By delivering a copy of the Summons and a copy of the complaint to the defendant,_____  _____.

(2) By leaving a copy of the Summons and a copy of the complaint at _____

which is the dwelling place or usual place of abode of _____
and by mailing a copy of said summons to said defendant at the above address.

(3) Other Service or Remarks: _____

_____

_____

Sheriff's Costs                                          Sheriff

                                                        By:_____
                                                             Deputy

## *CLERK'S CERTIFICATE OF MAILING*

I hereby certify that on the_____ day of _____, 20_ _____, I mailed a copy of this Summons and a copy of the
complaint to the defendant, _____, by _____ mail, requesting a return receipt,
at the address furnished by the plaintiff.

                                                        _____
                                                        Clerk, Marion Superior Court

Dated: _____, 20_____        By: _____
                                                             Deputy

## *RETURN ON SERVICE OF SUMMONS BY MAIL*

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to
defendant _____ was accepted by the defendant on the _____ day of _____, 20_____.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned
not accepted on the _____day of _____, 20_____.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to
defendant _____ was accepted by _____ on behalf of said
defendant on the _____ day of _____, 20_____.

                                                        _____
                                                        Clerk, Marion Superior Court

                                                        By: _____
                                                             Deputy

LARRY PLEASANTS
**Attorney for Plaintiff**
Address
7508 MADISON AVE., INDPLS., IN 46227
317 - 881-8900
Telephone

**SHERIFF'S COSTS**

**SUMMONS**

SUPERIOR COURT ROOM NO._____

ESTATE OF ELEANOR NORTHINGTON

Plaintiff

vs.

CITY OF INDPLS., IMPD, JOHN DOE, POLICE

MT. CALVARY APOSTOLIC CHURCH, INC.

Defendant

Cause No._____

Room No._____

Filed: 2/5/2021 6:28 PM
Clerk
Marion County, Indiana

STATE OF INDIANA    )         IN THE MARION SUPERIOR COURT
                  ) SS:
COUNTY OF MARION  )        CAUSE NO. 49D02-2101-CT-002698

| | |
|---|---|
| THE ESTATE OF ELEANOR NORTHINGTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CITY OF INDIANAPOLIS AND INDIANAPOLIS | ) |
| METROPOLITAN POLICE DEPARTMENT AND | ) |
| JOHN DOE, POLICE OFFICERS 1-50 IN THEIR | ) |
| INDIVIDUAL AND OFFICIAL CAPACITIES, | ) |
| AND MT. CALVARY APOSTOLIC CHURCH, | ) |
| INC., | ) |
| | ) |
| Defendants. | ) |

## E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE

1.    The party on whose behalf this form is being filed is: **Responding**

The undersigned attorneys listed on this form now appear in this case for the following parties:

CITY OF INDIANAPOLIS and INDIANAPOLIS METROPOLITAN POLICE DEPARTMENT

2.    Attorney information for service as required by Trial Rule 5(B)(2):

    Name:      Adam S. Willfond (31565-49)
    Address:  200 East Washington Street, Suite 1601
               Indianapolis, IN 46204
    Phone:    317.327.4055
    Fax:       317.327.3968
    Email:    adam.willfond@indy.gov

    Name:      Allison J. Smith (35366-49)
    Address:  200 East Washington Street, Suite 1601
               Indianapolis, IN 46204
    Phone:    317.327.4055
    Fax:       317.327.3968
    Email:    allison.smith@indy.gov

3.      This is a "CT" case type as defined in Administrative Rule 8(B)(3).

4.      I will not accept service from other parties by FAX or E-mail.

5.      This case does not involve child support issues.

6.      This case does not involve a protection from abuse order, a workplace violence restraining order, or a no-contact order.

7.      This case does not involve a petition for involuntary commitment.

8.      There are no individuals subject to a petition for involuntary commitment.

9.      The appearing attorneys are not aware of related cases.

10.     There is no additional information required by local rule.

11.     The appearing attorneys are not aware of other party members.

12.     This form has been served on all other parties and Certificate of Service is attached.

Respectfully submitted,

OFFICE OF CORPORATION COUNSEL

*/s/ Adam S. Willfond*
Adam S. Willfond (31565-49)
Deputy Chief Litigation Counsel
200 E. Washington Street, Suite 1601
Indianapolis, IN 46204
317.327.4055
adam.willfond@indy.gov

## **CERTIFICATE OF SERVICE**

I certify that the foregoing was electronically filed on February 5, 2021 through the Indiana E-Filing System, and the following Registered User was served via E-Service through that System on the same day:

Larry Pleasants (10661-49)
larry@larrypleasants.com


/s/ *Adam S. Willfond*
Adam S. Willfond (31565-49)
Deputy Chief Litigation Counsel

Filed: 2/5/2021 6:28 PM
Clerk
Marion County, Indiana

STATE OF INDIANA          )          IN THE MARION SUPERIOR COURT
                          ) SS:
COUNTY OF MARION          )          CAUSE NO. 49D02-2101-CT-002698


THE ESTATE OF ELEANOR NORTHINGTON,   )
                                     )
                        Plaintiff,   )
                                     )
                    v.               )
                                     )
CITY OF INDIANAPOLIS AND INDIANAPOLIS )
METROPOLITAN POLICE DEPARTMENT AND    )
JOHN DOE, POLICE OFFICERS 1-50 IN THEIR )
INDIVIDUAL AND OFFICIAL CAPACITIES,   )
AND MT. CALVARY APOSTOLIC CHURCH,     )
INC.,                                 )
                                     )
                       Defendants.   )

## NOTICE OF AUTOMATIC ENLARGEMENT OF TIME

The Defendants, City of Indianapolis and Indianapolis Metropolitan Police Department, by counsel and pursuant to Local Rule 49-TR5-203(D) herby notify the Court of their automatic initial enlargement of time to answer or otherwise respond to the Plaintiff's Complaint. In support of this notice, the Defendants state:

1.   The Defendants received service of the Plaintiff's Complaint on January 29, 2021.

2.   The Defendants' answer or other response to the Plaintiff's Complaint is due February 22, 2021.

3.   Counsel for the Defendants reasonably requires an additional thirty days to examine the allegations in the Plaintiff's Complaint and prepare defenses.

4.   The enlargement of time to answer or otherwise respond to the Plaintiff's

Complaint does not interfere with any Case Management Plan, scheduled hearings, or other case deadlines.

5.   Under LR 49-TR5-203(D), a thirty-day enlargement of time "shall be automatically allowed…without a written order of the Court."

6.   An additional thirty days will make the Defendants' answer or other response to the Plaintiff's Complaint due March 24, 2021.

Respectfully submitted,

OFFICE OF CORPORATION COUNSEL

*/s/ Adam S. Willfond*
Adam S. Willfond (31565-49)
Deputy Chief Litigation Counsel
200 E. Washington Street, Suite 1601
Indianapolis, IN 46204
317.327.4055
adam.willfond@indy.gov

## CERTIFICATE OF SERVICE

I certify that the foregoing was electronically filed on February 5, 2021 through the Indiana E-Filing System, and the following Registered User was served via E-Service through that System on the same day:

Larry Pleasants (10661-49)
larry@larrypleasants.com

*/s/ Adam S. Willfond*
Adam S. Willfond (31565-49)
Deputy Chief Litigation Counsel

# S U M M O N S

## In the Marion County Superior Court



THE ESTATE OF ELEANOR NORTHINGTON
      Plaintiff,

  - vs -                     Cause No._____

THE CITY OF INDIANAPOLIS and INDIANAPOLIS
METROPOLITAN POLICE DEPARTMENT and JOHN DOE, POLICE
OFFICERS, 1-50 In Their Individual and Official Capacities and
Mt. Calvary Apostolic Church, Inc.
         Defendants.

TO DEFENDANT: (Name)___The City of Indianapolis, c/o Office of Corporation Counsel_____
      (Address)       200 E. Washington St., Rm. 1601_____
               Indianapolis, IN 46204_____

      You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

      The nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the plaintiff.

      An answer or other appropriate response in writing to the complaint must be filed either by your or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

      If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

      If you need the name of an attorney, you may contact the Indianapolis Bar Association Lawyer Referral Service (269-2222), or the Marion County Bar Association Lawyer Referral Service (634-3950).

Dated_____1/26/2021_____      _____Myla A. Eldridge__(Seal)
                              Clerk, Marion County Superior Court
**(The following manner of service of summons is hereby designated.)**

_____  Registered or certified mail.

_____  Service at place of employment, to-wit:

___X___  Service on individual (Personal or copy) at above address – By Marion County Sheriff

_____  Other service. (Specify) (On Agent as indicated above.)

Larry Pleasants - ID#10661-49
**Attorney for Plaintiff**
7508 Madison Ave, Indpls., IN 46227
Address
(317) 881-8900
Telephone

49D02-2101-CT-002698
SRS
Service Returned Served
2965786

MARION COUNTY COURTS

SEAL

INDIANA

## SHERIFF'S RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served this summons on the _____ day of _____, 20_____

(1) By delivering a copy of the Summons and a copy of the complaint to the defendant, _____

(2) By leaving a copy of the Summons and a copy of the complaint at _____

which is the dwelling place or usual place of abode of _____
and by mailing a copy of said summons to said defendant at the above address.

(3) Other Service or Remarks: _____

_____

| Sheriff's Costs | Sheriff |
|---|---|
| | By: _____ |
| | Deputy |

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 20_____, I mailed a copy of this Summons and a copy of the complaint to the defendant, _____, by _____ mail, requesting a return receipt, at the address furnished by the plaintiff.

Clerk, Marion Superior Court

Dated: _____, 20_____   By: _____
                                                    Deputy

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by the defendant on the _____ day of _____, 20_____

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned not accepted on the _____ day of _____, 20_____.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by _____ on behalf of said defendant on the _____ day of _____, 20_____.

Clerk, Marion Superior Court

By: _____
        Deputy

---

LARRY PLEASANTS
Attorney for Plaintiff
Address
7508 MADISON AVE., INDPLS., IN 46227
317 - 881-8900
Telephone

SHERIFF'S COSTS

SUMMONS

SUPERIOR COURT ROOM NO. _____

MT. CALVARY APOSTOLIC CHURCH, INC.
Defendant

CITY OF INDPLS., IMPD, JOHN DOE, POLICE
vs.
Plaintiff

ESTATE OF ELEANOR NORTHINGTON

Cause No. _____

Room No. _____

Corp

Marion County Sheriff's Office    Return Of Service

Service code

I hereby certify that I have served this Summons/Order/Petition/Motion etc. on the

_____ 11 _____ day of _____ February _____ 20 _21_ , _10:1_ hours

_____ By delivering a copy of the Summons/Order/Petition/Motion etc., and a copy of the complaint to the Defendant

_____ By leaving a copy of this document at _____

which is the dwelling place or usual place of abode of _____

_____ By leaving a copy of the Summons/Order/Petition/Motion etc. with a person over 16 years of age.

_____ By leaving a copy of the Summons/Order/Petition/Motion etc. at the individual's place of employment with

_____ Served on _____ City of Indianapolis _____ Corporation

_____ Not Found Reason _____

Signature of recipient _____ (If corporate service) Title _____

Sheriff Kerry Forestal, Sheriff, Marion County, Indiana    By Deputy _____

☐ Mailed Summons & Complaint to Address

RECEIVED

FEB 11 2021

Filed: 2/19/2021 11:40 AM
Clerk
Marion County, Indiana

6100.6210754/PAJ/maw

STATE OF INDIANA          )          IN THE MARION SUPERIOR COURT
                          ) SS:
COUNTY OF MARION          )          CAUSE NO.: 49D02-2101-CT-00268


THE ESTATE OF ELEANOR NORTHINGTON          )
            Plaintiff,                     )
                                           )
v.                                         )
                                           )
THE CITY OF INDIANAPOLIS, INDIANAPOLIS     )
METROPOLITAN POLICE DEPARTMENT, JOHN       )
DOE, OFFICERS 1-50 in their individual and official )
capacities, and MT. CALVARY APOSTOLIC      )
CHURCH, INC.                               )
                                           )
            Defendants.                    )

## APPEARANCE (CIVIL)

**Party Classification:**   Initiating ____   Responding ✔____          Intervening ____

1.    The undersigned attorney and all attorneys listed on this form now appear in this case for the
      following party member(s). **MT. CALVARY APOSTOLIC CHURCH, INC.**

2.    Attorney Information:

      Benjamin G. Stevenson                  Attorney No. 24415-53
      bstevenson@threlkeld-legal.com
      THRELKELD ❖ STEVENSON                  Phone:  317.655.5200
      101 West Ohio Street, Suite 550        Fax:    317.655.3150
      Indianapolis, Indiana 46204

3.    There are other party members.   Yes (   )   No ( ✔ )

4.    *If first initiating party filing this case,* the Clerk is requested to assign this case the following
      Case Type under Administration Rule 8(b)(3). _____N/A_____.

5.    FAX SERVICE IS **NOT** ACCEPTABLE.

6.    This case involves support issues.   Yes (   )   No ( ✔ )

7.    There are related cases.   Yes (   )   No. ( ✔ )

6100.6210754/PAJ/maw

8.      This form has been served on all parties. Certificate of Service is attached.  Yes ( ✔ ) No (  )

THRELKELD ❖ STEVENSON

By:    /s/Benjamin G. Stevenson          ___
          Benjamin G. Stevenson
          Attorney No. 24415-53
          Attorney for Defendant, Mt. Calvary Apostolic
          Church, Inc.

<b><u>CERTIFICATE OF SERVICE</u></b>

      I hereby certify that a copy of the foregoing will be served to all opposing counsel of record via the Court's electronic e-mail service and filing system, this 19th day of February, 2021:

Larry Pleasants
Attorney at Law
7508 Madison Avenue
Indianapolis, Indiana 46227

Adam Willfond
Allison J. Smith
200 East Washington Street
Suite 1601
Indianapolis, Indiana 46204

                /s/Benjamin G. Stevenson
                Benjamin G. Stevenson

THRELKELD ❖ STEVENSON
Attorneys at Law
101 West Ohio Street, Suite 550
Indianapolis, Indiana 46204-1984
Phone:  317.655.5200
Fax: 317-655-3150

Filed: 2/19/2021 11:40 AM
Clerk
Marion County, Indiana

6100.6210754/PAJ/maw

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO.: 49D02-2101-CT-00268 |

THE ESTATE OF ELEANOR NORTHINGTON )
        Plaintiff, )
)
v. )
)
THE CITY OF INDIANAPOLIS, INDIANAPOLIS )
METROPOLITAN POLICE DEPARTMENT, JOHN )
DOE, OFFICERS 1-50 in their individual and official )
capacities, and MT. CALVARY APOSTOLIC )
CHURCH, INC. )
)
        Defendants. )

## APPEARANCE (CIVIL)

**Party Classification:**   Initiating _____   Responding **✔**_____       Intervening _____

1.    The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s). **MT. CALVARY APOSTOLIC CHURCH, INC.**

2.    Attorney Information:

    Paul A. Jansen                     Attorney No. 29972-49
    pjansen@threlkeld-legal.com
    THRELKELD ❖ STEVENSON        Phone: 317.655.5200
    101 West Ohio Street, Suite 550    Fax:    317.655.3150
    Indianapolis, Indiana 46204

3.    There are other party members.  Yes ( )   No ( **✔** )

4.    *If first initiating party filing this case,* the Clerk is requested to assign this case the following Case Type under Administration Rule 8(b)(3). _____N/A_____.

5.    FAX SERVICE IS **NOT** ACCEPTABLE.

6.    This case involves support issues.  Yes ( )   No ( **✔** )

7.    There are related cases.  Yes ( )    No. ( **✔** )

6100.6210754/PAJ/maw

8.      This form has been served on all parties. Certificate of Service is attached.  Yes ( ✔ )  No ( )

THRELKELD ❖ STEVENSON

By:     /s/Paul A. Jansen
        Paul A. Jansen, Attorney No. 29972-49
        Attorney for Defendant, Mt. Calvary Apostolic
        Church, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing will be served to all opposing counsel of record via the Court's electronic e-mail service and filing system, this 19th day of February, 2021:

Larry Pleasants
Attorney at Law
7508 Madison Avenue
Indianapolis, Indiana 46227

Adam Willfond
Allison J. Smith
200 East Washington Street
Suite 1601
Indianapolis, Indiana 46204

        /s/Paul A. Jansen
        Paul A. Jansen

THRELKELD ❖ STEVENSON
Attorneys at Law
101 West Ohio Street, Suite 550
Indianapolis, Indiana 46204-1984
Phone:  317.655.5200
Fax: 317-655-3150

Filed: 2/19/2021 11:40 AM
Clerk
Marion County, Indiana

6100.6210754/PAJ/maw

STATE OF INDIANA   )   IN THE MARION SUPERIOR COURT
         ) SS:
COUNTY OF MARION   )   CAUSE NO.: 49D02-2101-CT-00268


THE ESTATE OF ELEANOR NORTHINGTON  )
     Plaintiff,       )
              )
v.               )
              )
THE CITY OF INDIANAPOLIS, INDIANAPOLIS )
METROPOLITAN POLICE DEPARTMENT, JOHN )
DOE, OFFICERS 1-50 in their individual and official )
capacities, and MT. CALVARY APOSTOLIC  )
CHURCH, INC.        )
              )
     Defendants.      )

## MOTION FOR ENLARGEMENT OF TIME

  **COMES NOW** the Defendant, Mt. Calvary Apostolic Church, Inc., by counsel, and respectfully moves the Court for an enlargement of time under T.R. 6(B)(1) in which to respond to Plaintiff's Complaint for Damages.  In support of this motion, Defendant would show the court:

  1.  That Defendant, Mt. Calvary Apostolic Church, Inc. was served with process on or about February 12, 2021, and a response is due on or about March 4, 2021.

  2.  That this motion if filed before the expiration of said time.

  3.  That such enlargement of time of thirty (30) days from the date of the filing of this motion is necessary due to the nature and subject matter herein and due to the necessity for consultation between the undersigned counsel and his client.

  4.  That pursuant to such enlargement of time, Defendant's response to Plaintiff's Complaint for Damages will be due on or before April 3, 2021.

  **WHEREFORE**, Defendant, Mt. Calvary Apostolic Church, Inc., prays the court for an enlargement of time of thirty (30) days, to and including April 3, 2021, in which to answer Plaintiff's

6100.6210754/PAJ/maw

Complaint for Damages to said Defendant, and for all other relief just and proper in the premises.

THRELKELD ❖ STEVENSON

By: /s/Benjamin G. Stevenson
   Benjamin G. Stevenson
   Attorney No. 24415-53
   Attorney for Defendant, Mt. Calvary Apostolic
   Church, Inc.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing will be served to all opposing counsel of record via the Court's electronic e-mail service and filing system, this 19th day of February, 2021:

Larry Pleasants
Attorney at Law
7508 Madison Avenue
Indianapolis, Indiana 46227

Adam Willfond
Allison J. Smith
200 East Washington Street
Suite 1601
Indianapolis, Indiana 46204

/s/Benjamin G. Stevenson
Benjamin G. Stevenson

THRELKELD ❖ STEVENSON
Attorneys at Law
101 West Ohio Street, Suite 550
Indianapolis, Indiana 46204-1984
Phone:  317.655.5200
Fax: 317-655-3150

6100.6210754/PAJ/maw

STATE OF INDIANA          )          IN THE MARION SUPERIOR COURT
                          ) SS:
COUNTY OF MARION          )          CAUSE NO.: 49D02-2101-CT-00268


THE ESTATE OF ELEANOR NORTHINGTON          )
       Plaintiff,          )
                                           )
v.                                          )
                                           )
THE CITY OF INDIANAPOLIS, INDIANAPOLIS          )
METROPOLITAN POLICE DEPARTMENT, JOHN          )
DOE, OFFICERS 1-50 in their individual and official          )
capacities, and MT. CALVARY APOSTOLIC          )
CHURCH, INC.          )
                                           )
       Defendants.          )


### DEFENDANT'S TRIAL RULE 38(B) REQUEST FOR TRIAL BY JURY

Come now the Defendant, Mt. Calvary Apostolic Church, Inc., pursuant to Trial Rule 38(B), and

respectfully requests this matter be tried by jury.


THRELKELD ❖ STEVENSON

By:   /s/Benjamin G. Stevenson_____
       Benjamin G. Stevenson
       Attorney No. 24415-53
       Attorney for Defendant, Mt. Calvary Apostolic
       Church, Inc.


### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing will be served to all opposing counsel of record via
the Court's electronic e-mail service and filing system, this 19th day of February, 2021:

Larry Pleasants
Attorney at Law
7508 Madison Avenue
Indianapolis, Indiana 46227

6100.6210754/PAJ/maw

Adam Willfond
Allison J. Smith
200 East Washington Street
Suite 1601
Indianapolis, Indiana 46204

/s/Benjamin G. Stevenson
Benjamin G. Stevenson

THRELKELD ❖ STEVENSON
Attorneys at Law
101 West Ohio Street, Suite 550
Indianapolis, Indiana 46204-1984
Phone:  317.655.5200
Fax: 317-655-3150

F I L E D

February 22, 2021
CLERK OF THE COURT
MARION COUNTY
BO

6100.6210754/PAJ/maw

STATE OF INDIANA              )        IN THE MARION SUPERIOR COURT
                              ) SS:
COUNTY OF MARION              )        CAUSE NO.: 49D02-2101-CT-00268


THE ESTATE OF ELEANOR NORTHINGTON          )
                    Plaintiff,             )
                                           )          GRANTED
v.                                         )        February 22, 2021
                                           )
THE CITY OF INDIANAPOLIS, INDIANAPOLIS     )
METROPOLITAN POLICE DEPARTMENT, JOHN       )
DOE, OFFICERS 1-50 in their individual and official )
capacities, and MT. CALVARY APOSTOLIC      )
CHURCH, INC.                               )
                                           )
                    Defendants.            )

### ORDER ON MOTION FOR ENLARGEMENT OF TIME

Defendant, Mt. Calvary Apostolic Church, Inc., having filed herein Defendant's Motion for

Enlargement of Time, and the Court being duly advised in the premises, now finds that said Motion should

be granted.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** by the Court that said

Defendants are granted an enlargement of time up to and including April 3, 2021, within which to file a

response to Plaintiff's Complaint for Damages.


**February 22, 2021**

DATED: _____                        _____
                                          JUDGE, Marion Superior Court No. 2

6100.6210754/PAJ/maw

**Distribution to:**

Benjamin G. Stevenson
Paul A. Jansen
THRELKELD ❖ STEVENSON
Attorneys at Law
101 West Ohio Street, Ste 550
Indianapolis, Indiana 46204-1948

Larry Pleasants
Attorney at Law
7508 Madison Avenue
Indianapolis, Indiana 46227

Adam Willfond
Allison J. Smith
200 East Washington Street
Suite 1601
Indianapolis, Indiana 46204