IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ESTATE OF ELEANOR NORTHINGTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF INDIANAPOLIS, LANE COOPER, | ) | Case No. 1:21-cv-406-TWP-TAB |
| ROBERT HALEY, JR., JUSTIN HYDE, | ) | |
| BRUCE JACKSON, AND | ) | |
| RONALD MONDAY, | ) | |
| | ) | |
| Defendants. | ) | |

**AFFIDAVIT OF BRUCE JACKSON**

I, Bruce Jackson, being duly sworn and under oath, testifies that:

1. I am over the age of eighteen.

2. I am competent to testify about the facts in this affidavit, and it is based on my personal knowledge.

3. I am a patrol officer for the Indianapolis Metropolitan Police Department ("IMPD") and have been so employed since January 2004.

4. On February 6, 2019, I attended the church service, which began at 7:00PM, where Eleanor Northington had a mental crisis, disrupted the service, and physically assaulted both parishioners and police officers alike.

5. I was not working that day, but all actions were taken in my capacity as a law enforcement officer, and were done to further the interests of my employer – the City of Indianapolis. The City and IMPD both have a substantial interest

and the document reflects that I called 911 at 8:26PM.

13.  Ms. Northington had been very physically active from the time the church service began throughout the time that we detained her in handcuffs, and continued until she had breathing difficulties.

14.  I was not charged with any criminal offense for my February 6, 2019 conduct.

15.  An internal affairs ("IA") investigation conducted by IMPD also concluded that I did not violate any of IMPD's rules, regulations, or general orders.


FURTHER AFFIANT SAYETH NAUGHT.

## AFFIRMATION

I hereby affirm under the penalties of perjury that the foregoing representations are true to the best of my knowledge and belief.

March 30, 2022
_____
Dated

Bruce Jackson