IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THE ESTATE OF ELEANOR NORTHINGTON | ) |
| Plaintiffs, | ) ) |
| Vs. | ) Case No. 1:21-cv-406-TWP-TAB ) |
| THE CITY OF INDIANAPOLIS, | ) ) |
| Defendant | ) ) |

> Denied as moot as settlement conference has been set for September 19, 2023. [Filing No. 104.]
>
> Tim A. Baker, U.S. Magistrate Judge
> June 1, 2023

### REQUEST FOR SETTLEMENT CONFERENCE WITH REGULAR SITTING JUDGE

Comes now the Plaintiff, through its Attorney, LARRY PLEASANTS, and respectfully prays for a Settlement Conference with the regular sitting Judge for the above captioned case to be scheduled upon the Court's earliest convenience.

Respectfully submitted:

/s/ Larry Pleasants
Larry Pleasants, Attorney for Plaintiffs
The Estate of Eleanor Northington