UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ESTATE OF ELEANOR NORTHINGTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:21-cv-00406-TWP-TAB |
| | ) |
| CITY OF INDIANAPOLIS, | ) |
| BRUCE JACKSON Officer, | ) |
| ROBERT HALEY, JR. Officer, | ) |
| LANE COOPER Officer, | ) |
| RONALD MONDAY Officer, | ) |
| JUSTIN HYDE Officer, and | ) |
| MT. CALVARY APOSTOLIC CHURCH, INC., | ) |
| | ) |
| Defendants. | ) |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58**

All claims having now been resolved in this action, the Court now enters **FINAL JUDGMENT**:

All claims under Count 3 of the Second Amended Complaint between Plaintiff Estate of Eleanor Northington and Defendant Mt. Calvary Apostolic Church, Inc., have been **resolved through stipulation of dismissal with prejudice**.

All Fourteenth Amendment claims under Count 1 of the Second Amended Complaint between Plaintiff Estate of Eleanor Northington and Defendants City of Indianapolis, Lane Cooper, Robert Haley, Jr., Justin Hyde, Bruce Jackson and Ronald Monday, have been **resolved through stipulation of dismissal with prejudice**.

The Fourth Amendment claim under Count 1 of the Second Amended Complaint between Plaintiff Estate of Eleanor Northington and Defendant City of Indianapolis has been **resolved through stipulation of dismissal with prejudice**.

Pursuant to the Court's Opinion and Order on Summary Judgment, **judgment is entered** against Plaintiff Estate of Eleanor Northington and in favor of Defendants Lane Cooper, Robert Haley, Jr., Justin Hyde, Bruce Jackson and Ronald Monday on Counts 1 and 2 of the Second Amended Complaint.

The state law battery claim under Count 2 of the Second Amended Complaint between Plaintiff Estate of Eleanor Northington and Defendant City of Indianapolis was duly tried by the jury. The jury rendered its verdict against Defendant City of Indianapolis and in favor of Plaintiff Estate of Eleanor Northington.

**Judgment is entered** against Defendant City of Indianapolis and in favor of Plaintiff Estate of Eleanor Northington in the amount of **$500,000.00** for battery on Count 2.

Judgment is entered accordingly, and this action is **TERMINATED**.

Dated: 2/23/2024

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk of Court

By: _____
       Deputy Clerk

DISTRIBUTION:

Brandon E. Beeler
Office of Corporation Counsel
brandon.beeler@indy.gov

Martin Austin Brown
RUCKELSHAUS KAUTZMAN BLACKWELL BEMIS DUNCAN & MERCHANT, LLP
mab@rkblegalgroup.com

Andrew R. Duncan
RUCKELSHAUS KAUTZMAN BLACKWELL BEMIS DUNCAN & MERCHANT, LLP
ard@rkblegalgroup.com

Paul A. Jansen
THRELKELD STEVENSON
pjansen@threlkeld-legal.com

John F. Kautzman
RUCKELSHAUS KAUTZMAN BLACKWELL BEMIS DUNCAN & MERCHANT, LLP
jfk@rkblegalgroup.com

Kiely C Keesler
City of Indianapolis Office of Corporation Counsel
kiely.keesler@indy.gov

Edward J. Merchant
RUCKELSHAUS KAUTZMAN BLACKWELL BEMIS DUNCAN & MERCHANT, LLP
ejm@rkblegalgroup.com

Anthony W. Overholt
Frost Brown Todd LLP
aoverholt@fbtlaw.com

Larry W. Pleasants
LARRY PLEASANTS, PROFESSIONAL CORPORATION, ATTORNEY
larry@larrypleasants.com

Allison Jean Smith
Frost Brown Todd LLC
ajsmith@fbtlaw.com

Benjamin G. Stevenson
THRELKELD STEVENSON
bstevenson@threlkeld-legal.com

Adam Scott Willfond
OFFICE OF CORPORATION COUNSEL
awillfon@travelers.com